# INITIAL APPEARANCE

In the matter of United States v. **Patrick Maestas Jr.**
Cause #. **22-MJ-1158** ;
Date: **July 14, 2022** ;
B. Paul Briones, United States Magistrate Judge presiding.
This proceeding is being digitally recorded.
Commenced hearing at **10:25 am**.
Appearing for the U.S. Attorney for the District of NM: **Chelsea Van Deventer** via telephone
Interpreter **N/A** (Swear In)

## RIGHTS

- [✓] Right to remain silent. 5d1E
- [✓] Right to an attorney. 5d1B
- [✓] Right to a Preliminary Hearing. 5d1D
- [✓] Right to a Detention Hearing. 5d1C
- [ ] Right to an Identity Hearing. 20
- [✓] Right to a trial before a jury. R58b2
- [✓] Right to Notify Country's Consular Representative
- [✓] Rule 5 - Brady Order directed to AUSA to disclose exculpatory evidence

## CHARGES AND MAXIMUM PENALTIES / VICTIMS

- [✓] Defendant has been provided copy of the charging document.
- [✓] Charges were read to Defendant by Judge Briones
- [✓] Defendant acknowledged understanding the charges.
- [✓] +AUSA advised Defendant of penalties, fines period of supervised release
- [✓] Court advised applicability of the Crime Victims' Rights Act 18 U.S.C. §3771(a)(2)
- [ ] Court could also order you to pay restitution to the alleged victim(s) in this case. *[For Victim cases; R58b2 requires this advisement for misd; 18 USC § 3556 is rest statute]*

## APPOINTMENT OF COUNSEL [*IF NONE*]

- [✓] Court appointed Counsel.
- [ ] Defendant advised that he/she has retained or intends to retain an attorney.
- [✓] Advised of opportunity to speak to Public Defender and sign Affidavit of Assets.

## DETENTION

- [✓] Granted Motion to Detain and remanded Defendant into the custody of the U.S. Marshal.
- [✓] Detention hearing Scheduled for **9:30 am, Monday, July 18, 2022**.
- [✓] Advised of pre-trial interview.

## PRELIMINARY HEARING

- [✓] Schedule preliminary hearing for **9:30 am, Monday, July 18, 2022**.

## IDENTITY HEARING if Criminal Complaint/Indictment arose from jurisdiction other than NM.

- [ ] Charges arising out of the Federal District of [_____],
- [ ] Identity Hearing scheduled for _____.

## MEDICATIONS, DRUGS OR ALCOHOL

- [✓] Inquired whether Defendant was on any prescribed medications or other drugs or alcohol at time of hearing affecting Defendant's ability to understand the proceedings.
    Yes [ ] / No [ X ]

## ADDITIONAL MATTERS BROUGHT BEFORE THE COURT

- [ ] Defendant raised the following: _____.

Concluded the Initial Appearance at **10:37 am**