IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                    No. 22 MJ 1158

PATRICK MAESTAS, JR.

      Defendant.

**JOINT MOTION TO CONTINUE JULY 20, 2022
PRELIMINARY/DETENTION HEARING**
(For Ruling Before a Magistrate Judge)

COMES NOW the defendant, Patrick Maestas, Jr. by and through his attorney, Stephen Taylor, Assistant Federal Public Defender, and the United States Government, represented by Assistant United States Attorney Chelsea Van Deventer, and respectfully request this Court continue the preliminary/detention hearing currently set for July 20, 2022.

As grounds for this motion, the defendant alleges the following:

1.    Mr. Maestas was arrested July 14, 2022 and charged in a criminal complaint with assault of an intimate partner by strangling contrary to 18 U.S.C. 113(a)(8).

2.    This Court initially scheduled Mr. Maestas' preliminary/detention hearing for Monday, July 18, 2022, at 9:30 a.m. However, undersigned counsel was unavailable on that day.

3.	Mr. Maestas' hearing was reset for Wednesday, July 20, 2022 at 9:30 a.m.

4.	Counsel for Mr. Maestas has learned that a Pretrial Services Report will not be completed before tomorrow's scheduled hearing. This Court and the parties need the information from the Pretrial Services Report in order to prepare and make a decision about pretrial release issues.

5.	As such, counsel for Mr. Maestas requests a one-day continuance until July 21, 2022.

6.	Counsel for the government, Assistant United States Chelsea Van Deventer, stipulates to this motion.

WHEREFORE the defendant respectfully requests that the Court issue an order continuing the currently scheduled preliminary/detention hearing date of Wednesday, July 20, 2022, at 9:30 a.m. and reset this matter for Thursday, July 21, 2022, at 9:30 a.m.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
111 Lomas Blvd. NW, Suite 501
Albuquerque, NM 87102
Tel: (505) 346-2489
Fax: (505) 346-2494

*Filed electronically July 19, 2022*
 /s/   *Stephen Taylor*
STEPHEN TAYLOR, AFPD
Attorney for Defendant