**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
## for the

JUL 2 0 2022

MITCHELL R. ELFERS
CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Patrick Maestas, Jr. | ) | Case No. 22-mj-1158 |
| _Defendant_ | ) | |
| | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 7/20/2022

_____
_Defendant's signature_

_____
_Signature of defendant's attorney_

Mallory Gagan for Stephen Taylor
_Printed name and bar number of defendant's attorney_

111 Lomas Blvd NW, Ste 501
_Address of defendant's attorney_

mallory-gagan@fd.org
_E-mail address of defendant's attorney_

(505)346-2489
_Telephone number of defendant's attorney_

_____
_FAX number of defendant's attorney_