# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Kirtan Khalsa

Preliminary/Detention Hearing

| | | | |
|---|---|---|---|
| Case Number: | 22mj1158 SCY | UNITED STATES vs. Maestas | |
| Hearing Date: | 7/20/2022 | Time In and Out: | 10:24-10:32; 11:29-11:34; 11:41-12:04 |
| Courtroom Deputy: | E. Hernandez | Courtroom: | Rio Grande |
| Defendant: | Patrick Maestas, Jr. | Defendant's Counsel: | Mallory Gagan for Stephen Taylor |
| AUSA: | Chelsea Van Deventer | Pretrial/Probation: | M. Pirkovic |
| Interpreter: | N/A | Witness: | |

### Initial Appearance
- ☐ Defendant received a copy of charging document
- ☐ Court advises defendant(s) of possible penalties and all constitutional rights
- ☐ Defendant
- ☐ Government moves to detain        ☐ Government does not recommend detention
- ☐ Set for ___ on ___ @ ___

### Preliminary/Show Cause/Identity
- ☒ Defendant waives Preliminary Hearing
- ☒ Court finds probable cause        ☐ Court does not find probable cause

### Detention
- ☐ Defendant waives right to contest detention
- ☒ Pretrial services officer provides oral report to the court; government requests detention; defense requests release; court findings

### Custody Status
- ☒ Defendant to remain in custody
- ☐ Conditions

### Other
- ☒ Defendant waives personal presence at hearing/Court accepts Defendant's waiver
- ☒ Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so.
- ☐ Matter referred to ___ for Final Revocation Hearing
- ☐