FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 9 2022

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 22-1320 WJ |
| ) | |
| vs. ) | Count 1: 18 U.S.C. §§ 1153 and |
| ) | 113(a)(8): Assault by Strangling |
| ) | and Suffocating; |
| ) | |
| **PATRICK MAESTAS JR.**, ) | Count 2: 18 U.S.C. § 117: |
| ) | Domestic Assault by an Habitual |
| Defendant. ) | Offender. |

INDICTMENT

The Grand Jury charges:

Count 1

On or about July 8, 2022, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **PATRICK MAESTAS JR.**, an Indian, assaulted Jane Doe, the Defendant's spouse, intimate partner, and dating partner, by strangling, suffocating, and attempting to strangle and suffocate Jane Doe.

In violation of 18 U.S.C. §§ 1153 and 113(a)(8).

Count 2

On or about July 8, 2022, in Rio Arriba, in the District of New Mexico, within Indian country, the defendant, **PATRICK MAESTAS JR.**, having been convicted of:

1. Assault and Battery, 7-2-4(B), Jicarilla Apache Nation Tribal Court on or about May 22, 2019, which would be, if subject to Federal Jurisdiction, an assault, the victim of which was Jane Doe, a spouse and intimate partner of **PATRICK MAESTAS JR.**; and

2. Domestic Violence, 3-5-8(A), Jicarilla Apache Nation Tribal Court on or about March 17, 2021, which would be, if subject to Federal jurisdiction, an assault, the victim of which was Jane Doe, a spouse and intimate partner of **PATRICK MAESTAS JR.** assaulted Jane Doe, a person he had cohabitated with and was a person similarly situated to a spouse.

In violation of 18 U.S.C § 117.

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney