# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Jerry H. Ritter

Arraignment

| | | | |
|---|---|---|---|
| Case Number: | 22-1320 WJ | UNITED STATES vs. Maestas Jr. | |
| Hearing Date: | 8/17/2022 | Time In and Out: | 9:43 am-9:45 am |
| Courtroom Deputy: | C. Lopez | Digital Recording: | Rio Grande |
| Defendant: | Patrick Maestas Jr. | Defendant's Counsel: | Stephen Taylor |
| AUSA: | Matthew McGinley | Pretrial/Probation: | Mindy Pirkovic |
| Interpreter: | | | |

### Proceedings

- ☐ First Appearance by Defendant
- ☐ Defendant waived appearance at Arraignment
- ☒ Defendant received a copy of charging document
- ☒ Defendant questioned re: time to consult with attorney regarding penalties
- ☒ Defendant waives reading of Indictment
- ☒ Defendant enters a Not Guilty plea
- ☒ Motions due by: Tuesday, September 06, 2022
- ☒ Discovery Order electronically entered     ☐ Discovery Order previously entered
- ☒ Case assigned to: Chief Judge Johnson
- ☒ Trial will be scheduled by presiding judge     ☐ Trial currently set
- ☐ Defendant waives Detention Hearing

### Custody Status

- ☒ Defendant previously detained
- ☐ Conditions

### Other

- ☐